IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Chandler Y.,[1] ) | | C/A No.: 1:22-157-JD-SVH |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| Kilolo Kijakazi, Acting ) | | |
| Commissioner of Social Security ) | | |
| Administration, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

This is an appeal from a denial of social security benefits filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.

Pursuant to the court's amended standing order, 3:21-mc-212-RBH, the Clerk has issued a Notice of Electronic Filing ("NEF") using the Case Management and Electronic Filing ("CM/ECF") system, notifying the appropriate Regional Social Security Administration Office of the General Counsel and the office of United States Attorney for the District of South Carolina of the case's filing. [ECF No. 5].

TO DEFENDANT:

Defendant is directed to file an answer to the complaint or otherwise plead.

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

TO PLAINTIFF:

Pursuant to Fed. R. Civ. P. 5, any documents filed subsequent to the initial pleading must be served on all parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this court is effected by the court's CM/ECF system through a computer-generated notice of electronic filing. However, prior to Defendant's attorney making an appearance in this court, Plaintiff must serve Defendant with any documents Plaintiff files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

Plaintiff must place the civil action number listed above (**C/A No. 1:22 - 157-JD-SVH**) on any document filed in this case. Any future filings in this case must be sent to the address provided below. All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. Pro se litigants shall *not* use the "s/typed name" format used in the CM/ECF system. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

**After the filing of an answer by Defendant, Plaintiff is directed to file a written brief in the Clerk of Court's office within 30 days pursuant to Local Civ. Rule 83.VII.04 (D.S.C.). Plaintiff's brief should include a specific and detailed argument as to why he believes substantial evidence does not support the Commissioner's decision at the administrative level. Plaintiff is warned that his failure to file a brief may result in the case being recommended for dismissal with prejudice for failure to prosecute or a ruling on the record.** Defendant is allowed 40 days after service of Plaintiff's brief to file a responsive brief, and **Plaintiff may file a reply brief within 14 days after being served with Defendant's responsive brief. Local Civ. Rule 83.VII.05 (D.S.C.).**

As a pro se litigant, Plaintiff's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in

2

writing (**United States District Court, 901 Richland Street, Columbia, South Carolina 29201**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

January 19, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

*Plaintiff's attention is directed to the important warning on the next page.*

3

IMPORTANT INFORMATION…PLEASE READ CAREFULLY

WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to **_ALL_** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):
    **(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(filings made under seal) and (e) (protective orders).